3742 N. 18th Street / 1A
Philadelphia, PA [19140]

May 10, 2008

CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS
**ATTENTION: MS. D. WEST**
HOUSING DIVISION
CODE ENFORCEMENT
990 SPRING GARDEN STREET/3rd FLOOR
PHILADELPHIA, PA  19123

08-289

**RE:  CASE NO. 158783, DATED: 05/05/2008 & DATE RECEIVED: 5/10/2008
3739 N. 18th Street 2C????
Inspection Type: HOUSING CODE ENFORCEMENT INSPEC #1**

## AFFIDAVIT
## FRAUD, TRESPASSING AND HARASSMENT

Dear Inspector West;

Please be advised that the premise is not under your jurisdiction (See Exhibit 1).

However, I have voluntarily paid for the license and obtained a Confirmation of Payment regarding the license for the above property on 3/4/08, at 8:24 a.m. (See Exhibit 2).  This license was paid for in full in a timely manner online, but I *never* received the license from the Department of License & Inspection/Official Payments Corp., as promised I would.  On March 4, 2008 when I renewed my license through your online service, I was charged $186.00 + the $6.00 fee for processing and the ability to be able to print my license immediately after payment.  Unfortunately, this was *not* the case; I was **not** able to print out the license.  I therefore called, and I was told that the system was down and that the license would be mailed to me.  **Even with my efforts to obtain the license over and over again I never received it**, and here I am written up for a so-called violation that was totally out of my hands.  I did my part.  (See Exhibit 3).

During my visit to the Department of Licenses & Inspections on May 19, 2008, I *unexpectedly* learned from one of your customer representatives that my file was redlined (See Exhibit 4).  After reviewing the printout, I realized that the redlining stems from violations that were literally cleared up at the Zoning Board Hearing last year, 2007 in the presence of Inspector Roger Tenant & the City Solicitor/Attorney Pasqualle.  I am

totally taken aback by such redlining of my file while we are in the midst of a civil lawsuit. The violation I'm charged with as of May 5, 2008 is **the same violation I was charged with in 2007**, which was cleared. I have provided L&I with a copy of my license **SEVERAL TIMES**, and here we go again with a FALSE VIOLATION. When I renewed my license earlier this year the redlining of my file did not exist. Why does it exist now, especially when you *have not visited the property?*

Also, I REALLY DON'T UNDERSTAND HOW YOU WERE AT THE PROPERTY AT ANYTIME (Especially on May 5, 2008) WHEN I AM THERE EACH AND EVERYDAY. IF I AM NOT AT THE PROPERTY, I AM EITHER AT ONE OF MY OTHER PROPERTIES, IN THE OFFICE, OR SOMEWHERE CLOSE BY; AND FOR SURE I AM REACHABLE BY PHONE 24/7. ALSO, JUST SO THAT YOU WILL KNOW, SOMEONE IS **ALWAYS AVAILABLE & AT THE HOME AT ALL TIMES**. Therefore, I am led to only believe that such claimed visit to my **private property by you** is another fraudulent, bias, and unfair violation written up purposely to continue harassing me. Again, your violation notice dated May 5, 2008, and the hidden violations entered into the system (redlined from March 26, 2007-Claim No. 76166) by Inspector R. Tenant, which I only learned about by visiting the L&I Department, can only be considered as **fraudulent & constant harassment** from the CITY OF PHILADELPHIA, LICENSES & INSPECTIONS towards me and my business (See Exhibit 5).

Furthermore, from past experiences with L&I, whenever an inspector visits a property and the owner/landlord is not present/available, a notice from the CITY OF PHILADELPHIA, DEPARTMENT OF LICENSES & INSPECTIONS Inspector's notice have always been left for me to contact the visiting inspector. This notice gives one the opportunity to indicate when the inspector may call or visit the property again; and a phone # where the inspector can be reached is provided. Also a box is checked as to whether the inspectors visit or call was a first or second attempt. See, this gives the owner/landlord or person whom you are trying to reach the fair opportunity to make contact before *you put the nail in the coffin* (prosecution). Such a notice was **never left for** me, and I believe from my past experiences that the L&I's policy is to give such notice before actually sending out a violation. Furthermore, we have no witnesses verifying your presence there at anytime (**let it be known that** *again*, **SOMEONE IS ALWAYS available at the Premises).** The first time I heard of your visit was by way of this violation notice (prosecution notice), leaving me with only 10 days to correct a so-called violation which should have never been cited. Therefore, sending this violation and redlining my file without notifying me and giving me the **fair** opportunity to speak with you, Yes, is certainly **UNJUST, UNFAIR, FRAUDULENT, AND A PART OF THE CONTINUED HARASSMENT** (See A *SAMPLE LEFT NOTICE*...Exhibit 6).

Therefore, being that the **PREMISE IS NOT IN YOUR JURISDICTION,** you are hereby required to provide the actual DATE and Time of your claimed inspection of my property within seventy two (72) hours from date of receipt.

Furthermore, I *am not* the ALL CAPITAL LETTERS: COPPEDGE JAMES, and I *AM NOT* AN ARTIFICIAL ENTITY. I am a real flesh and blood natural person non-surety, **James Coppedge** who is exempt from Third Party Levy, Lawsuits, and Criminal Prosecution **Accept for Value.**

Furthermore, I have a $10 Million Dollar lawsuit pending against the CITY OF PHILADELPHIA, LICENSES AND INSPECTIONS for *this exact same kind of FRAUD AND HARASSMENT* as stated above. Therefore, your letter dated May 5, 2008 (Violation Notice), will be added as evidence to the claim. You may reference the: United States District Court of Delaware under Claim Numbers 07-763 and 07-684 at your convenience.

In closing, again, please be advised that you have seventy two (72) hours to rebut this affidavit of FRAUD, TRESPASSING AND HARASSMENT or face further stipulations and monetary judgments. Failure to respond to this charge of my Civil Rights indicates that the CITY OF PHILADELPHIA, LICENSES & INSPECTIONS consent by silence and agrees by default to the **Secured Party's** complaint, which the CITY OF PHILADELPHIA/LICENSES AND INSPECTIONS continues to engage in the unlawful discrimination in the civil rights violations of the **Secured Party.** This action enforces the Maritime Commercial Contract between the CITY OF PHILADELPHIA, and the **Secured Party** which is an Irrevocable Contract until settled as agreed; and any other matter not nexus to this, and is a permanent want of jurisdiction.

Furthermore, as a **Secured Party** known by my Attorney at the time, I claimed jurisdiction, but was not allowed to represent myself under duress and threats which was a violation of my natural and civil rights.

**Respectfully, Yours in Christ, the Sovereign One**

**James Coppedge, Secured Party**
**On behalf of Coppedge Real Estate, LLC**

All Affidavit responses *must* be submitted to the Notary Public listed below.

JOHN T MELVIN
4752 N BROAD ST
PHILA, PA 19141

Sworn to and subscribed before me this ___ day of MAY 2008.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JOHN T. MELVIN, JR., Notary Public
City of Philadelphia, Phila. County
My Commission Expires November 15 2011

CC:    GERALD D. LEATHERMAN, ESQUIRE
DEPUTY CITY SOLICITOR
CITY OF PHILADELPHIA, LAW DEPARTMENT
1515 ARCH STREET, 16TH FLOOR
PHILADELPHIA, PA  19102

FRANK LOVE, ESQUIRE
CENTER SQUARE WEST
1500 MARKET STREET
38TH FLOOR
PHILADELPHIA, PA  19107

US District Court of Delaware
Clerk of Court
Lockbox 18 / 844 King Street
Wilmington, DE  19801



Exhibit 1

File Number: 2006091901558
Date Filed: 09/18/2006 08:00 AM
Pedro A. Cortés
Secretary of the Commonwealth

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
James Coppedge          215-913-1485

**B. SEND ACKNOWLEDGMENT TO:** (Name and Address)

Coppedge Real Estate, LLC
James Coppedge
P.O. Box 4482
Philadelphia, PA 19140

Commonwealth of Pennsylvania
UCC1 Initial Filing 1 Page(s)

T0626164206

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **CITY OF PHILADELPHIA** | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| City Hall - Recorder of Deeds, Room 111 | PHILADELPHIA | PA | 19130 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | Government | Concurrent | ☑ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| **Coppedge Real Estate, LLC** | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. Box 4482 | Philadelphia | PA | 19140 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

The Debtor will "Accept for Value" all reclaimed authority of the Secured Party over all property and products. The Secured Party reclaims all related financial accounts, wherever, if any, concerning the Secured Party previously under the Debtor's control under Rights of HJR 192 of June 5, 1933, and UCC 1-104, 10-104 reserved by the order of the courts and released to the Secured Party. All products of the collateral are also covered. The Debtor will recognize that the Secured Party is exempt from civil law suites and all third party levy (UCC 3-303, 3-305, 3-06). See Security Agreement in the Initial Financing Statement (TO 623 711 209 Dated: August 25, 2006).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. ☑ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**
DOB: 7-29-44          EIN #: 03-6613841

International Association of Commercial Administrators (IACA)

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

*Exhibit 1*

# COMMONWEALTH OF PENNSYLVANIA

## DEPARTMENT OF STATE

December 5, 2006

### TO ALL WHOM THESE PRESENTS SHALL COME, GREETING:

**CITY OF PHILADELPHIA**

I, Pedro A. Cortés, Secretary of the Commonwealth of Pennsylvania

do hereby certify that the foregoing and annexed is a true and correct

photocopy of Uniform Commercial Code financing statement  2006091901558

which appear of record in this department.



IN TESTIMONY WHEREOF, I have
hereunto set my hand and caused
the Seal of the Secretary's Office
to be affixed, the day and year
above written.

Pedro C. Cortés
_____
Secretary of the Commonwealth

PHEG

Payment Receipt

*Exhibit 2*

    

# Confirmation of Payment
## Confirmation Number/Transaction ID:204876
## Date/Time Paid:3/4/2008 8:24 AM

| Description | Reference | Total Amount |
|---|---|---|
| 2008 Housing Inspection Renewal | 220367 | 180.00 |

Card Type: American Express  
Credit Card Number: **** 2016

Amount Paid: **180.00**  
Fee Paid: **6.00**  
Total Paid: **186.00**

Billing Address: Krisha M. Johnson  
Parkers Run  
52 Barkley Court  
Dover, DE 19904

Email Address: krishaj2@verizon.net  
Contact Number: (267) 312-1499

***Do not press the browser Back button, use the back or continue buttons below***

Back | Continue

Official Payments Corporation.
All Rights Reserved.

TERMS OF USE | PRIVACY STATEMENT
Build 1.6.506.0

   



**CITY OF PHILADELPHIA**
**DEPARTMENT OF LICENSES AND INSPECTIONS**

**Code Enforcement**
**Housing Division**
**990 Spring Garden Street**
**3rd Floor**
**Philadelphia, PA 19123**

## VIOLATION NOTICE

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

**Case No:**      158783
Date of Notice:    05/05/08

**Subject Premises:**   **3739 N 18TH ST 2C**
**Inspection Type:**    **HOUSING CODE ENFORCE INSP # 1**

This is to inform you that the Department of Licenses and Inspections has inspected the subject premises and designated it as **in violation,** in whole or in part, within the meaning of the Philadelphia Code.  This designation will remain until the violation(s) below is corrected.

If you fail to comply with this order, the City may take actions to comply with the city code by using its own forces or by contract.  You, will be billed for all costs incurred including court and administrative fees.  Failure to pay such bill will result in the City filing a lien in the amount against the title to the premises and/or costs and charges being recovered by a civil action brought against you.

If you intend to appeal this violation, you must apply at Boards Administration, Public Services 11th Floor, Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102, within 30 days of the date of this notice.  Telephone inquiries concerning appeal process can be directed to 215-686-2427.  It is necessary that you submit a copy of this notice with the appeal. (See A-801.2)

If you have any questions regarding this notice, you may call the Housing Division at 215-685-3749.

INSPECTOR D. WEST
Housing Division

**VIOLATIONS:**

If all violations are not corrected within the specified time limit additional enforcement action will be instituted.  In addition to any other sanction or penalty imposed, the department will be authorized to correct the violations itself or by contract.  You will be required to repay any city funds used to do so, plus an administrative charge.  If payment is not received within the period stated on the abatement bill, a lien will be entered against the property and/or a judgment entered against the owner. (See A-503.2)
**Location: premise**

The status of this violation is NOT COMPLIED as of 05/05/08.

The number of days to comply this violation is 10 days.

No person shall operate a rooming house, dormitory or hotel without first obtaining a Housing Inspection License from the Department.  For license information call 686-2490. (See PM-102.2)
**Location: premise**

1    of    2



**CITY OF PHILADELPHIA**
**DEPARTMENT OF LICENSES AND INSPECTIONS**

**Code Enforcement**
**Housing Division**
**990 Spring Garden Street**
**3rd Floor**
**Philadelphia, PA 19123**

## VIOLATION NOTICE

**Case No:**    158783

license has expired.

The status of this violation is NOT COMPLIED as of 05/05/08.

The number of days to comply this violation is 10 days.

A $75 fee will be assessed on the third inspection failure doubling with each subsequent failure up to a $300 fine per inspection.

CANCELLED

James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy

*Exhibit 4*



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

**Code Enforcement Unit**
**Housing Division**
**990 Spring Garden Street**
**3rd Floor**
**Philadelphia, PA 19123**

## VIOLATION NOTICE

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

**Case No:**      76166

Date of Notice:     03/26/07

Smoke alarms in one or more individual dwelling units or sleeping units at the subject premises are not interconnected as required by the Fire Code.
Except as otherwise indicated in the Fire Code, where more than one smoke alarm is required to be installed within an individual dwelling unit in a residential occupancy such as at the subject premises, the smoke alarms are to be interconnected in such a manner that the activation of one alarm will activate all of the alarms in the individual unit.
You must have the smoke alarms interconnected as required.
(See F-907.3.2.2)

**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
The conditions found at the subject premises are dangerous to human life and/or the public welfare. These conditions constitute an emergency and must be corrected immediately. A reinspection of the violations will be made immediately after the compliance period stated below. Failure to make corrections may result in the initiation of prosecution against the owner. (See PM-307.1 and A-503.1).
**Location: THROUGH-OUT**

**The status of this violation is NOT COMPLIED as of 03/26/07.**
The required Zoning or Use Registration Permit and/or Zoning Certificate has not been obtained for the use or activity indicated below.
The Zoning Code requires that the use of all land, including every use within a building must be in conformity with zoning requirements. Only uses and activities with zoning approval and uses accessory and incidental thereto are permitted.
You must obtain the required Zoning Permit and/or Certificate or stop this use or activity and all related occupancy at the subject location. The use or activity can not continue unless and until the required permit and/or certificate has been obtained. If a permit and/or certificate for this use or activity is not obtained and the use or activity is not stopped, the Department can institute action against you in court to gain compliance.
(See 14-101(3), 14-105(1), 14-1702(5) and 14-1704(1)(d) and (2))
**Location: THROUGH-OUT**

**The status of this violation is NOT COMPLIED as of 03/26/07.** ✓
The subject premises lacks an approved automatic fire detection system in its common areas, corridors, and basements as required by the Fire Code.
Except as otherwise provided by the Fire Code, existing residential buildings and structures containing sleeping units or more than two dwelling units for primarily permanent occupants must be equipped with an approved manual fire alarm system and automatic fire detection system in the areas indicated above.
You must have the required automatic fire detection system properly installed
and I NOT



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

**Code Enforcement Unit**
**Housing Division**
**990 Spring Garden Street**
**3rd Floor**
**Philadelphia, PA 19123**

## VIOLATION NOTICE

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

**Case No:**    76166
Date of Notice:    03/26/07

**Subject Premises:    3739 N 18TH ST**
**Inspection Type:    HOUSING CODE ENFORCE INSP # 2**

This is to inform you that the Department of Licenses and Inspections has inspected the subject premises and designated it as **in violation**, in whole or in part, within the meaning of the Philadelphia Code. This designation will remain until the violation(s) below is corrected.

If you fail to comply with this order, the City may take actions to comply with the city code by using its own forces or by contract. You, will be billed for all costs incurred including court and administrative fees. Failure to pay such bill will result in the City filing a lien in the amount against the title to the premises and/or costs and charges being recovered by a civil action brought against you.

If you have any questions regarding this notice, you may call the Code Enforcement Unit at 215-685-3780.

If you intend to appeal this violation, you must apply at Boards Administration, Public Services 11th Floor, Municipal Services Building, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102, within 30 days of the date of this notice. Telephone inquiries concerning appeal process can be directed to 215-686-2427. It is necessary that you submit a copy of this notice with the appeal. (See A-801.2)

**Please Note:** Appeals for Fire Code requirements must be submitted to the Board of Safety and Fire Prevention, 240 Spring Garden Street, Philadelphia, PA 19123, (215) 686-1356.

INSPECTOR TENANT
Code Enforcement

**VIOLATIONS:**

A use registration permit is required for every new use commenced on any land or in any structure. Return the subject premise to its approved usage or secure the proper permit for its present use. For zoning information call 215-686-2455. (See A-301.1.5)
**Location: THROUGH-OUT**

The status of this violation is NOT COMPLIED as of 03/26/07.
Annual test records and certifications of all fire alarm systems shall be submitted in approved form to the Commercial and Industrial Fire Inspection Unit of the Department of Licenses and Inspections.
(See F- 914.1 et seq. and F-907.20.5)

Location: THROUGH-OUT

The status of this violation is COMPLIED as of 03/77/07.



CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES AND INSPECTIONS

Code Enforcement Unit
Housing Division
990 Spring Garden Street
3rd Floor
Philadelphia, PA 19123

## VIOLATION NOTICE

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

Case No:        76166
Date of Notice:    03/26/07

Each manual fire alarm box (manual pull stations) shall have a sign mounted immediately adjacent to the box that reads:  "IN CASE OF FIRE SOUND ALARM AND CALL 911" or "IN CASE OF FIRE: SOUND ALARM AND CALL THE FIRE DEPARTMENT".  (See F-907.4.4)
**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
Have fire extinguisher inspected and tagged by a licensed fire protection system contractor. (See F-906.2)
**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
Install and maintain in accordance with the Fire Code and NFPA 10 a portable 2-A:10-B:C fire extinguisher in common corridors and stairways of this R2 occupancy.  Each required extinguisher is to be in a conspicuous location where it will be readily accessible and immediately available for use.  Fire extinguishers must not be obstructed or obscured from view. In rooms or areas in which visual obstruction cannot be completely avoided, means shall be provided to indicate the locations of extinguishers.  (Note: one fire extinguisher, with a minimum rating of 2-A:10-B:C, shall be acceptable when mounted in each dwelling unit in lieu of mounting fire extinguishers in the public corridors or stairways.)
You must install and maintain a fire extinguisher(s) in accordance with the above. (See F-906.1, F-906.2, F-906.3, F-906.5 and F-906.6)

**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
No person or organization shall install, repair, service, inspect or test any fire alarm system, fire extinguishing system or standpipe system unless that person is certified or licensed in fire protection systems and has obtained a license as required by the Philadelphia Code. (See F-901.9)
**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
No person shall operate a rooming house, dormitory or hotel without first obtaining a Housing Inspection License from the Department or license information call 686-2490. (See PM-102.2)
**Location: THROUGH-OUT**
The status of this violation is NOT COMPLIED as of 03/26/07.

CANCELLED

James Coppedge
Natural personal non-surety
UCC 1-201 (27) (35) NOTICE
Accepted for Value & Exempt from Levy



CITY OF PHILADELPHIA
**DEPARTMENT OF LICENSES AND INSPECTIONS**

**Code Enforcement Unit
Housing Division
990 Spring Garden Street
3rd Floor
Philadelphia, PA 19123**

## VIOLATION NOTICE

COPPEDGE JAMES
3739 N 18TH ST
PHILADELPHIA PA 19140-3532

**Case No:**       76166
Date of Notice:    03/26/07

**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**
You must make the door(s) from dwelling unit self-closing.  (See F-703.1)
**Location: THROUGH-OUT**

**The status of this violation is COMPLIED as of 03/27/07.**

A $75 fee will be assessed on the third inspection failure doubling with each subsequent failure up to a $300 fine per inspection.

*Exhibit 5*

7-18-07
DATE OF SUBMISSION

*CITY OF PHILADELPHIA*

TO:  Department of Licenses and Inspections
     Commercial and Industrial Fire Inspection Unit
     990 Spring Garden Street, 3rd Floor, Philadelphia. PA 19123

**FIRE ALARM INSPECTION AND
CERTIFICATION COVER SHEET**

RE:   Property Name:   *Coppedge Real Estate*

      Property Address:   *3739 N 18th Street*

We certify that we have tested and examined the following elements of the Fire Alarm System(s) at the above referenced location, and left them in service
as of: ___7-18-07___ .
      (Insert Date)

Please fill out the following information completely.  Use the comments section for explanations.

| SECTION SUMMARY | YES | NO |
|---|:---:|:---:|
| **Section B —** CONTROL EQUIPMENT Summary:<br>Were all elements of the control equipment tested and found to be in working order and installed in accordance with the Philadelphia Fire Code?<br>(If NO, explain) | ✓ | |
| **Section C —** INITIATING DEVICES Summary:<br>Were all initiating devices tested and found to be in working order and installed in accordance with the Philadelphia Fire Code?     (If NO. explain) | ✓ | |
| **Section D —** AUDIBLE / VISIBLE DEVICES Summary:<br>Were all audible/visible devices tested and found to be in working order and installed in accordance with the Philadelphia Fire Code?     (If NO, explain) | ✓ | |
| **Section E —** ELECTRICAL Summary:<br>Were all electrical elements of the fire alarm system that could practically be tested (including those listed above) tested and installed in accordance with the Philadelphia Fire Code?     (If NO, explain) | ✓ | |
| **Section F —** VOICE EVACUATION SYSTEM Summary (If Applicable):<br>Were all elements of the voice evacuation system tested and found to be in working order and installed in accordance with the Philadelphia Fire Code?<br>(If NO, explain) | | ✓ |

Type of Fire Alarm Control Panel:   *VAPLO 6000*

System is:     Existing __✓__ OR New ____     If new, provide Electrical Permit Number: _____

The test(s) was/were conducted in accordance with requirements of the applicable National Fire Protection Association (NFPA) standards and in accordance with the requirements of the Philadelphia Fire Code.

___✓___     The results of the test(s) indicate that no elements of the system(s) were found to be defective on this date.

_____     The results of the test(s) indicate that certain elements of the system(s) were found to be defective on this date and the system(s) could not be certified.

**CERTIFIED BY:**

*Earl Hooks*
Electrical Contractor or Fire Alarm System Inspector's Name (Printed)

*[signature]*
Electrical Contractor or Fire Alarm System Inspector's Signature

*17543*
Electrical Contractor or Fire Alarm System Inspector's License Number

PLACE THE COMPANY IMPRESSION
SEAL IN THE BOX TO THE RIGHT

81-983 - EFFECTIVE JANUARY 2003          FIRE ALARM SYSTEM CERTIFICATION          PAGE 1 OF 4

CITY OF PHILADELPHIA — DEPARTMENT OF LICENSES AND INSPECTIONS
CERTIFICATE OF INSPECTION

# FIRE ALARM SYSTEMS

**(ALL TESTS SHALL BE IN ACCORDANCE WITH THE PHILADELPHIA FIRE CODE AND NFPA 72 SECTION 7-2)**

| TESTING CONTRACTOR (Name & Full Address) *Earl Hooks James Jenkins* *Po Box 643 Darby PA 19023* | FIRE ALARM SYSTEMS INSPECTOR OR ELECTRICAL CONTRACTOR LICENSE NO. *17543* |
|---|---|
| LOCATION OF TEST (House Number & Street) *3739 N 18th Street* | DATE OF TEST *7-18-07* |
| OWNER / OCCUPANT (Name & Full Address) *Coppedge Real Estate* *3742 N 18th Street Phila PA 19140* | |

CALL THE FIRE DEPARTMENT AT 215-922-6000 BEFORE TESTS — OUT OF SERVICE OPERATOR # _____ IN SERVICE OPERATOR # _____

> **IN ALL SECTIONS BELOW:    Y = YES,   N = NO    (EXPLAIN ALL "NO" ANSWERS EXCEPT AS NOTED)**
> **IN THE FEW CASES WHERE AN ITEM MAY NOT BE APPLICABLE, CHECK "NO" AND EXPLAIN IN THE COMMENTS**

## A. OWNER'S SECTION

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| 1. | Is the building occupied? | ✓ | | 5. | Have there been any modifications to the system since the last certification? (If Yes, explain) | | ✓ |
| 2. | Has the building occupancy or hazard or floor layout changed since the last inspection? (If yes, explain) | | ✓ | 6. | Was there any action of alarm since the last certification? (If Yes, explain) | | ✓ |
| 3. | Are all systems kept in service? | ✓ | | 7. | Does this certification cover all fire alarm systems in the building? | ✓ | |
| 4. | Are the test results kept on file? | ✓ | | | | | |

OWNER/OWNERS REPRESENTATIVE NAME (PRINT): *James Coppedge*

OWNER/OWNERS REPRESENTATIVE SIGNATURE:

## B. CONTROL EQUIPMENT

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| 8. | Was the fire alarm Control Panel in an accessible location? (In main entrance or unlocked room) | ✓ | | 13. | Were audible and visible trouble and alarm signals in the Control Panel tested satisfactorily? | ✓ | |
| 9. | Was the battery charging circuit in the Control Panel operating correctly and at the proper voltage? | ✓ | | 14. | Were trouble signal silence switches and alarm silence switches in the Control Panel tested satisfactorily? | ✓ | |
| 10. | Was Ground Fault Monitoring tested satisfactorily? | ✓ | | 15. | Was the off-premises transmission test satisfactory? | | ✓ |
| 11. | Was the test of lamps and LED's in the Control Panel satisfactory? | ✓ | | 16. | Did the remote annunciator test satisfactory? | | ✓ |
| 12. | Was the test of interface equipment satisfactory? | ✓ | | 17. | Was the Control Panel supervision test acceptable? | ✓ | |

## C. INITIATING DEVICES

| | | Y | N | | | Y | N |
|---|---|---|---|---|---|---|---|
| 18. | Were signs mounted at each pull station stating "IN CASE OF FIRE: SOUND ALARM AND CALL 911" or ". THE FIRE DEPARTMENT"? | ✓ | | 23. | Were non-restorable heat detectors inspected and in satisfactory condition? | ✓ | |
| 19. | Were the manual fire alarm box tests acceptable? | ✓ | | 24. | Were restorable heat detector tests acceptable? | | ✓ |
| 20. | Were the smoke detector inspection/tests acceptable? | ✓ | | 25. | Were the alarm verification tests satisfactory? | ✓ | |
| 21. | Were the smoke detector thermal elements tests acceptable? | | ✓ | 26. | Were the sensitivity tests satisfactory? | ✓ | |
| 22. | Were the smoke detector control output tests acceptable? | ✓ | | 27. | Were the duct smoke detector tests acceptable? | | ✓ |

## D. AUDIBLE / VISIBLE DEVICES

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| 28. Were the ambient sound levels tested with the normal ambient noises present (HVAC, etc.) and recorded below? | ✓ | | 31. Did sound levels reach the minimum requirement of 70dBA or 15 dBA above ambient (whichever is greater) in all sleeping rooms with the sleeping room door closed? | | ✓ | |
| 29. Were alarm sound levels tested and recorded below? | ✓ | | | | | |
| 30. Were visible alarms tested and operating properly? | ✓ | | 32. Was the sound testing device set for dBA and slow response? | | ✓ | |

AUDIBILITY RECORD: *(Describe in detail the locations tested and the results in boxes below - use additional sheets if necessary.)*

Audibility Readings must be taken in at least one unit per floor AND at least one reading for each style unit in the building

| LOCATION TESTED *(Fill in exact location next to description. i.e. Unit D-10 etc.)* | FLOOR | AMBIENT LEVEL (dBA) | ALARM LEVEL (dBA) |
|---|---|---|---|
| COMMON AREA LOCATION: | 1 | 52 | 90 |
| COMMON AREA LOCATION: | 2 | 53 | 90 |
| COMMON AREA LOCATION: | 3 | 50 | 92 |
| SLEEPING AREA OF APARTMENT: | 1 | 55 | 74 |
| SLEEPING AREA OF APARTMENT: | 2 | 55 | 71 |
| SLEEPING AREA OF APARTMENT: | 2 | 51 | 72 |
| SLEEPING AREA OF APARTMENT: | 2 | 53 | 74 |
| SLEEPING AREA OF APARTMENT: | 3 | 52 | 80 |
| OTHER: | 3 | 53 | 84 |
| OTHER: | 3 | 51 | 88 |
| OTHER  BASEMENT | | 52 | 94 |
| OTHER: | | | |
| OTHER: | | | |

## E. ELECTRICAL

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| 33. Was the fire alarm system power connected to a dedicated branch circuit of the house panel? | ✓ | | 37. Was the test of the secondary power source (e.g. batteries) satisfactory? | | ✓ | |
| 34. Was the fire alarm system power disconnect for the dedicated branch circuit locked in the "On" position? | ✓ | | 38. Was the system tested using the secondary power source? | | ✓ | |
| 35. Was the fire alarm system power disconnect location clearly identified in writing at or on the control panel? | ✓ | | 39. Were the waterflow alarm devices connected to the fire alarm system? | | | ✓ |
| 36. Was the test of the primary power source satisfactory? | ✓ | | 40. Were the supervisory control valves connected to the fire alarm system? | | | ✓ |

## F. VOICE EVACUATION SYSTEM *(IF APPLICABLE)*

| | Y | N | | | Y | N |
|---|---|---|---|---|---|---|
| 41. Is this section applicable to the system being tested? (If YES, complete this section.) | | ✓ | 45. Was the call-in signal silence function correct? | | | |
| | | | 46. Was the off-hook indicator verified? | | | |
| 42. Was the Fire Command Center operating properly? | | | 47. Were phone jacks tested satisfactorily? | | | |
| 43. Were speaker sound pressure and clarity recorded in Section D? | | | 48. Were phone sets tested satisfactorily? | | | |
| 44. Were amplifier/tone generators tested satisfactorily? | | | 49. Were handset system voice quality and clarity acceptable? | | | |

INSPECTED BY (PRINT NAME) _Earl Hook_ (SIGNATURE) _Earl Hook_

CERTIFIER'S SIGNATURE _Earl Hook_ DATE _7-18-07_

## COMMENTS    (ATTACH ADDITIONAL SHEETS IF NECESSARY)

B-15        SySTEm is noT MoniTor

B-16        No RemoTe AnNunciaTor

C-21        SmoKE DETecTon Only

C  -24      No HEAT DETecTons

C-27        No DacK DETecEons

E 39-40     No SpriNKlEr SySTEm

F 41-49 .   No VoicE EVacuaTion SySTEm



City of Philadelphia
Department of
Licenses & Inspections
P.O. Box 53310
Philadelphia, Pa. 19105

<table>
<tr><td>OCCUPATIONAL<br>LICENSEE ONLY<br><br>PASTE YOUR<br>PHOTOGRAPH HERE<br><br>1 1/2" SQUARE</td></tr>
</table>

DISPLAY PROMINENTLY

if required by law

KRISHA JOHNSON AGT
COPPEDGE JAMES
3742 N 18TH ST
PHILADELPHIA PA 19140

3202    HOUSING INSPECTION (3202)
COPPEDGE JAMES
03739 N 18TH ST   0000000
6 UNIT(S)

THIS LICENSE IS GRANTED TO THE PERSON AND LOCATION FOR THE PURPOSE STATED ABOVE.
IT IS SUBJECT TO IMMEDIATE CANCELLATION BY THIS DEPARTMENT FOR VIOLATIONS OF
CITY ORDINANCES AND REGULATIONS.  INQUIRIES 686-2490.

| LICENSE CODE | LICENSE NO. | BUSINESS PRIVILEGE NO. | EXPIRES LAST DAY OF | PAID THIS AMOUNT | ON DATE |
|---|---|---|---|---|---|
| 3202 | 220367 | 317108 | 2/2008 | | 03/10/08 |

**LICENSE**

Exhibit 6

THIS WAS DROPPED OF @ 6:35 pm. ON 8/24/06

CITY OF PHILADELPHIA
DEPARTMENT OF LICENSES & INSPECTIONS

IMPORTANT NOTICE TO OCCUPANT OF:
3742 N. 18th St

Please call inspector

TYPE OF INSPECTION

- [ ] Zoning
- [ ] Building
- [x] Housing
- [ ] Plumbing
- [ ] Commercial & Industrial
- [ ] Electrical
- [ ] License

Our inspector called on 8-21-06 and could not gain admittance.

PLEASE WRITE, CALL OR VISIT THE DISTRICT OFFICE BELOW TO INDICATE WHEN THE INSPECTOR MAY CALL AGAIN.

215-685-3778 -

DISTRICT OFFICE HOURS: MONDAY—FRIDAY: FROM 8:30 A.M. TO 4:30 P.M.
FAILURE TO MAKE AN APPOINTMENT WILL RESULT IN PROSECUTION

INSPECTOR Daniels

- [x] FIRST VISIT
- [ ] SECOND VISIT

81-281 (Rev. 6/96)

