*Claim No. 08-289*
*G.MS, J*

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE  5-28-08 |
| NAME OF SERVER (PRINT)  RICHARD J PANICK | TITLE  COURIER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: **M. ROBINSON ESQ  222 DELAWARE AVE WILMINGTON DE.**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **5-28-08**  _[signature]_
            Date            Signature of Server

**HEAVENSENT COURIERS
17TH & WASHINGTON ST.S
PHILA. PA**
Address of Server

```
F I L E D
JUN - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

L. Coppedge, L.S.
3742 N. 18th St
Philadelphia, Pennsylvania
[19140]

U.S. District Court of Delaware
To the Clerk of Court
Lockbox 18
844 King St
Wilmington, DE 19801

U.S.M.S.
X-RAY

WILMINGTON DE 197
02 JUN 2008 PM 1 T