IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE on behalf of COPPEDGE REAL ESTATE LLC, Pro se,  <br><br>Plaintiff,  <br><br>v.  <br><br>SAUL EWING LLP, MICHAEL R. ROBINSON, ESQUIRE, and FRANK LOVE, ESQUIRE,  <br><br>Defendants. | C.A. NO. 08-289 GMS |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Candice Toll Aaron, Esquire as attorney for Defendants Saul Ewing LLP, Michael R. Robinson, Esquire and Frank Love, Esquire. This notice and entry of appearance is without waiver of any procedural or substantive right.

**SAUL EWING LLP**

/s/ Candice Toll Aaron
Candice Toll Aaron (DE ID #4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
(302) 421-6800 phone
(302) 421-6813 fax
caaron@saul.com

*Attorney for Defendants Saul Ewing LLP, Michael R. Robinson, Esquire and Frank Love, Esquire*

559476.1 6/6/08

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE on behalf of COPPEDGE REAL ESTATE LLC, Pro se,<br><br>    Plaintiff,<br><br>    v.<br><br>SAUL EWING LLP, MICHAEL R. ROBINSON, ESQUIRE, and FRANK LOVE, ESQUIRE,<br><br>    Defendants. | C.A. NO. 08-289 GMS |

## CERTIFICATE OF SERVICE

I, Candice Toll Aaron, Esquire, do hereby certify that on June 6, 2008, I electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby further certify that on June 6, 2008, I have sent, via first class U.S. Mail, postage prepaid, a copy of same to the following non-registered participants:

James Coppedge
3742 N. 18th Street
Philadelphia, PA 19140

                                                                                **SAUL EWING LLP**

                                                                                /s/ Candice Toll Aaron
                                                                            Candice Toll Aaron (DE ID #4465)
                                                                            222 Delaware Avenue, Suite 1200
                                                                            P.O. Box 1266
                                                                            Wilmington, DE 19899-1266
                                                                            (302) 421-6800 phone
                                                                            (302) 421-6813 fax
                                                                            caaron@saul.com

                                                                            *Attorney for Defendants Saul Ewing LLP, Michael R. Robinson, Esquire and Frank Love, Esquire*