IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC, <br><br>Plaintiff,<br><br>v.<br><br>SAUL EWING, LLP, MICHAEL R. ROBINSON and FRANK LOVE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 1:08-cv-00289-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION TO DISMISS

Defendants Saul Ewing, LLP, Michael R. Robinson, and Frank Love, by and through their undersigned counsel, hereby move that this Court dismiss the Complaint in this action with prejudice because:

1. Pursuant to FED. R. CIV. P. 12(b)(1) this Court lacks subject matter jurisdiction;

2. Pursuant to FED. R. CIV. P. 12(b)(2) this Court lacks personal jurisdiction over Love;

3. Pursuant to FED. R. CIV. P. 12(b)(3) this Court is not the proper venue for the present controversy, and

4. Pursuant to FED. R. CIV. P. 12(b)(6) the Complaint fails to state a claim upon which relief may be granted.

Further grounds for this Motion are set forth in the Opening Brief in support hereof filed contemporaneously herewith.

SAUL EWING LLP

_____
Candice Toll Aaron (DE Bar No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE  19899-1266
Telephone:    (302) 421-6800
Facsimile:    (302) 421-6813
Email: caaron@saul.com

*Counsel for Defendants Saul Ewing, LLP,
Michael R. Robinson and Frank Love*

Dated:  June 17, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF COPPEDGE REAL ESTATE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAUL EWING, LLP, MICHAEL R. ROBINSON and FRANK LOVE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  C.A. No.: 1:08-cv-00289-GMS<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

AND NOW, this ___ day of _____, 2008, upon consideration of Defendants Saul Ewing, LLP, Michael R. Robinson and Frank Love's Motion to Dismiss the Complaint, and any responses thereto, it is ORDERED that the Complaint in this action is DISMISSED WITH PREJUDICE.

 

Chief Judge Gregory M. Sleet
United States District Court

559639.1 6/17/08

## **CERTIFICATE OF SERVICE**

I, Candice Toll Aaron, hereby certify that on this 17th day of June, 2008, I caused to be electronically filed a true and correct copy of the foregoing *Motion to Dismiss* with the Clerk of Court using CM/ECF which will send notification of such filing. A copy of the document was served on the following persons by U.S. Mail:

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
P.O. Box 4482
Philadelphia, PA 19140

Mr. James Coppedge
c/o Coppedge Real Estate, LLC
3742 N. 18th Street, Apt. 1-A
Philadelphia, PA 19140

SAUL EWING LLP

/s/ Candice Toll Aaron
Candice Toll Aaron (DE Bar No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone: (302) 421-6800
Facsimile: (302) 421-6813
Email: caaron@saul.com

Dated: June 17, 2008

559639.1 6/17/08