# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

James Coppedge on behalf of )
Coppedge Real Estate, LLC )
Plaintiff )
                                       ) **Pro Per**
                                       ) **CASE NO: 1-08-CV-00289-GMS**
Vs. )
  )
  )
  )
SAUL EWING, LLP, )
MICHAEL R. ROBINSON )
& FRANK LOVE )
DEFENDANTS )

**FILED**

**JUN 2 7 2008**

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

*RE:*   *Coppedge vs. DAVID YURKIE, C.A. No. 1:07-cv-846-GMS-MPT*
       *Coppedge vs. CITY OF PHILADELPHIA, C.A. NO. 07-684-GMS-MPT*
       <u>*Coppedge vs. LEATHERMAN, C.A. NO. 07-763-GMS-MPT*</u>

## AFFIDAVIT
## OF NON RESPONSE NOTICE FOR CONFESSION OF ARBITRATION SETTLEMENT STIPULATIONS

To the Clerk of Court:

ESQUIRES MICHAEL R. ROBINSON AND FRANK LOVE OF SAUL

EWING LLC has failed to comply with the Affidavit of Tortuous Interference claim

number: 08-298 dated May 13, 2008. Their omissions to produce a valid contract

between **Coppedge Real Estate, LLC/James Coppedge** between us concerning the

irrevocable contracts with the above DEFENDANTS allowing tortuous interference has

not been produced. The CITY OF PHILADELPHIA'S $10 Million Dollar Judgment

stands as law by Default Term Stipulations. The same is true with the other

DEFENDANTS

For example, MICHAEL R. ROBINSON, ESQUIRE sabotaged the ORDER to reschedule the teleconference under JUDGE THYNE for February, 2008 (See Exhibit 3), regarding arbitration and settlement for **Coppedge** vs. the CITY OF PHILADELPHIA under Federal JUDGE THYNA*E*.      ESQUIRES MICHAEL R. ROBINSON AND FRANK LOVE OF SAUL EWING LLC received first notice of tortuous interference of **Coppedge** vs. CITY OF PHILADELPHIA, ET AL delivered by Certified Mail on April 17, 2008 (See Exhibit 1). They had time and the opportunity of 72 hours from the date they received the Affidavit to produce such a contract with me prior to anything I filed in Federal Court authorizing Tortuous Interference in the contractual relationships with the above-captioned reference cases determined by default silence with the DEFENDANTS failures to answer any Affidavits. This agreement by silence was established by the DEFENDANTS neglect to comply with the claim and makes it therefore irrevocable and valid under Title 9 USC Section 1 & 2 and is not subject to FRCP 12 B 6 or any other defense under FRCP which is waived by silence. ATTORNEYS ROBINSON AND LOVE are sued for One Hundred Thousand US Dollars each and SAUL EWING, LLP is sued for Five Hundred US Dollars.

Absolutely no administrator can accept any motions for any reason on behalf of the DEFENDANTS adjudicative contract mutually agreed and settled. The monies are due immediately without delay under Compulsory Arbitration under Title 9 USC. The Summons and Complaint was served on May 28, 2008 (See Exhibit 2). As of this *25* day June, 2008 there is still no compliance with the above claim.

**STATE OF PENNSYLVANIA, PHILADELPHIA COUNTY**

Before me came **James Coppedge** the claimant / victim JUDGMENT CREDITOR party

with satisfactory evidence of who he is and his claims certified June 2 5, 2008.

I **James Coppedge** due certify and affirm that I have received no contract(s) from the

DEFENDANTS MICHAEL R. ROBINSON and FRANK LOVE in conjunction with

SAUL EWING JUDGMENT DEBTORS, authorizing my giving them permission for

tortuous interference with the above captioned reference cases.  As of this 2 5 day of

June, 2008.  The facts stand as stipulated under the Maritime Contract.

**James Coppedge Coppedge Real Estate, LLC**

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
REGINALD TOPP, Notary Public
City of Philadelphia, Phila. County
My Commission Expires February 11, 2010

June 25, 2008

# Certification of Service

### From
### James Coppedge
3742 N. 18th Street /1A
Philadelphia, PA  19140

### To
MICHAEL R. ROBINSON, ESQUIRE
222 DELAWARE AVENUE
SUITE 1200
WILMINGTON, DELAWARE 19801

## Service by: FED EX MAIL

_____

**James Coppedge,**
**Coppedge Real Estate, LLC**

CC:    US District Court of Delaware
       Clerk of Court
       Lockbox 18
       844 King Street
       Wilmington, DE  19801

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

**James Coppedge on behalf of**  )
**Coppedge Real Estate, LLC**  )
**Plaintiff**  )
  )    **Pro Per**
  )    **CASE NO: 1-08-CV-00289-GMS**
**Vs.**  )
  )
  )
  )
**SAUL EWING, LLP,**  )
**MICHAEL R. ROBINSON**  )
**& FRANK LOVE**  )
**DEFENDANTS**  )


**RE:**  *Coppedge vs. DAVID YURKIE, C.A. No. 1:07-cv-846-GMS-MPT*
  *Coppedge vs. CITY OF PHILADELPHIA, C.A. NO. 07-684-GMS-MPT*
  *Coppedge vs. LEATHERMAN, C.A. NO. 07-763-GMS-MPT*

## ORDER

**AND NOW,** on this _____ day of June, 2008 upon consideration of the

Plaintiff's Affidavits of Non-Response notice for confession of arbitration settlement

stipulation, it is so ORDERED that the DEFENDANTS failed to produce a contract.

Therefore, it is ORDERED that the stipulation for payment is GRANTED without

prejudice.

By order of the court


_____
US District Judge

# EXHIBIT 1

CERTIFICAION OF NON-RESPONSE

_BENJAMIN T. GARRETT_ a Notary Public, do hereby certify and affirm

that I have received no response to **Coppedge Real Estate, LLC/James Coppedge's**

**Affidavit of Tortious Interference Contractual Relations Claim** from FRANK

LOVE, ESQ, MICHAEL R. ROBINSON, ESQ, NOR SAUL EWING, LLP as of

_22ND_ day of _APRIL_ 2008.

WITNESS my hand and official seal.

Signature of notary Public

Windswept Ent. Ltd. Inc.
251 N. Dupont Hwy
Dover, Delaware 19901



WILMINGTON DE 19801

$0.41
$2.65
$2.15
$0.00
$5.21
04/17/2008

Saul Ewing Esq
222 Delaware Ave, Ste 1200
Wilmington, DE 19801-1611

PHILADELPHIA PA 19102

$0.41
$2.65
$2.15
$0.00
$5.21
04/17/2008

Frank Love Esq, Centre Sq West
1500 Market St, 38 FL
Phila, PA 19102-2186

WILMINGTON DE 19801

$0.41
$2.65
$2.15
$0.00
$5.21
04/17/2008

Michael P. Robinson
222 Delaware Ave, Ste 1200
Wilmington, DE 19801-1611

PHILADELPHIA PA 19102

$0.41
$2.65
$2.15
$0.00
$5.21
04/17/2008

To Clerk of Court Dist Court US
601 Market Streets
Phila, PA 19102

Copppedge Republic State
251 N. Dupont Highway
PMB #120
Dover, Delaware 19901
April 14, 2008

MICHAEL R. ROBINSON
222 Delaware Avenue Suite1200
Wilmington, DE 19801-1611

## AFFIDAVIT OF TORTIOUS INTERFERENCE CLAIM

Dear ATTORNEY ROBINSON:

Please be advise that neither you nor SAUL EWING. LLP have a contract with me or **Coppedge Real Estate, LLC. Coppedge Real Estate, LLC** has a contract with the CITY OF PHILADELPHIA ,et al as stated in the Contract Complaint No. 1250, No. 07-684. 07-763, and 07-846. We do not have a contract with you nor will we form one over this matter. As a consequence of this tortuous interference contractual relations claim, you have no jurisdiction or right to interfere with this irrevocable contract, no jurisdiction or right to request or file anything in this case, and no legal standing. Therefore, you have seventy-two **(72)** hours from receipt of this letter to produce a contract prior to anything I filed in Federal Court between us or face default terms for interfering with our contract; namely,

1. You and your law firm may face civil and criminal sanction for interfering with an International irrevocable contract.

2. You may be liable for tortuous interference under Title 42: 241 and 242.

3. An Admiralty Marine lien may be placed against the firm itself.

4. You may be ordered to appear before the U. S. CONGRESS to face additional charges.

5. If you should ignore the default terms listed in this affidavit, you still may be held to the irrevocable terms.

6. If you should ignore the default terms listed in this affidavit, you wave any rights to use FRP Rule 12(B), and also you wave proof of service. Registered or certified mail will be considered good service without question.

Kindly respond to the Notary Public named below:

**Yours in Christ,**

*James Coppedge, L.S*

**James Coppedge. L.S**

*William H. Voyle*

4-11-08

State of Delaware

Kent Cty

exp 5-29-09

Windswept Ent. Ltd. Inc.
251 N. Dupont Hwy
Dover, Delaware 19901

# EXHIBIT 2

AO 440 (Rev. 8/01 Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | **5·28-08** |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| **RICHARD J PANICK** | **COURIER** |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:   **M. ROBINSON ESQ**
   **222 DELAWARE AVE WILMINGTON DE.**

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted _____

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   **5·28·08**          _Richard J Panick_
                 Date              Signature of Server
                                   **HEAVENSENT COURIERS**
                                   **17TH & WASHINGTON ST.S**
                                   **PHILA. PA**
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/0...) ...ummons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE<br>5·28·08 |
| NAME OF SERVER (PRINT)<br>RICHARD J PANICK | TITLE<br>COURIER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

_____

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:  **G. WILLIAMS FRT DSK/FOR FRANK LOVE**
    **SAUL EWING 1500 MARKET ST PHILA PA**

☐ Returned unexecuted _____

_____

☐ Other (specify) _____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    **5·28·08**
                  Date

*Signature of Server*

**HEAVEN SENT COURIERS**
**17TH · WASHINGTON ST.S**
**PHILA. PA**
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

JAMES COPPEDGE ON BEHALF OF          :
COPPEDGE REAL ESTATE, LLC,           :
                                     :
              Plaintiff,             :
                                     :
      v                              :    C. A. No. 07-684-***
                                     :
CITY OF PHILADELPHIA,                :
                                     :
              Defendant.             :
_____          :
                                     :
JAMES COPPEDGE ON BEHALF OF          :
COPPEDGE REAL ESTATE, LLC,           :
                                     :
              Plaintiff,             :
                                     :
      v                              :    C. A. No. 07-763-***
                                     :
GERALD D. LEATHERMAN, ESQUIRE,       :
DEPUTY CITY SOLICITOR, CITY OF       :
PHILADELPHIA, PENNSYLVANIA LAW       :
DEPARTMENT,                          :
                                     :
              Defendant.             :

## ORDER

At Wilmington this **24th day of January, 2008**.

The court received a letter from plaintiff dated January 21, 2008 (DI 18)

requesting a continuance of the January 28, 2008 teleconference. The teleconference with

Judge Thynge is scheduled for February 12, 2008 at 9:00 a.m. as set forth in the Court's

Order dated January 15, 2008 (DI 15), not January 28, 2008. Therefore,

IT IS ORDERED that the Rule 16 scheduling teleconference with Judge Thynge in the above matters, as set forth in the Court's Order dated January 15, 2008, shall go forward as previously scheduled for **Tuesday, February 12, 2008 at 9:00 a.m.** **Defense counsel shall initiate the teleconference call.**

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

JAMES COPPEDGE ON BEHALF OF )
COPPEDGE REAL ESTATE, LLC, )
)
       Plaintiff, )
)
      v. )     C.A. No.: 1:08-cv-00289-GMS
)
)
SAUL EWING, LLP, MICHAEL R. )
ROBINSON and FRANK LOVE, )
)
       Defendants. )

## MOTION TO DISMISS

Defendants Saul Ewing, LLP, Michael R. Robinson, and Frank Love, by and

through their undersigned counsel, hereby move that this Court dismiss the Complaint in

this action with prejudice because:

1.    Pursuant to FED. R. CIV. P. 12(b)(1) this Court lacks subject matter

jurisdiction;

2.    Pursuant to FED. R. CIV. P. 12(b)(2) this Court lacks personal jurisdiction

over Love;

3.    Pursuant to FED. R. CIV. P. 12(b)(3) this Court is not the proper venue for

the present controversy, and

4.    Pursuant to FED. R. CIV. P. 12(b)(6) the Complaint fails to state a claim

upon which relief may be granted.

DKT. NO. 7

DT. FILED 6/17/08

Further grounds for this Motion are set forth in the Opening Brief in support

hereof filed contemporaneously herewith.

**SAUL EWING LLP**

Candice Toll Aaron (DE Bar No. 4465)
222 Delaware Avenue, Suite 1200
P.O. Box 1266
Wilmington, DE 19899-1266
Telephone:    (302) 421-6800
Facsimile:    (302) 421-6813
Email: caaron@saul.com

*Counsel for Defendants Saul Ewing, LLP,*
*Michael R. Robinson and Frank Love*

Dated: June 17, 2008

CANCELLED

-2-



SAUL
EWING
Attorneys at Law
A Delaware LLP

Michael R. Robinson
Phone: (302) 421-6895
Fax: (302) 421-5888
MRobinson@saul.com
www.saul.com

June 12, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

> **Re:**   *Coppedge v. Yurkie*, **C.A. No. 1:07-cv-846-GMS-MPT**
> *Coppedge v. City of Philadelphia*, **C.A. No. 07-684-GMS-MPT**
> *Coppedge v. Leatherman*, **C.A. No. 07-763-GMS-MPT**

Dear Chief Judge Sleet:

I write on behalf of the defendants in the above-captioned matters (collectively "Defendants") in response to several Affidavits and other papers provided by plaintiff James Coppedge. Specifically, Mr. Coppedge has filed a Certification of Non-Response, filed in C.A. No. 07-684 (D.I. 26), an Affidavit to Overturn Denied Default Judgment and a Certification of Non-Response, filed in 7-763 (D.I. 25 and D.I. 26, respectively), and a Certification of Non-Response filed in C.A. No. 07-846 (D.I. 17).

These filings reflect once again Mr. Coppedge's continued pattern of abuse of the judicial process and should be disregarded by the Court.[1]  See Letter to the Court of March 18, 2008 in C.A. No. 07-684 (D.I. 24), in C.A. No. 7-763 (D.I. 23), and in C.A. No. 07-846 (D.I. 13). Mr. Coppedge again has failed to heed the Court's warning late last year that until the Court rules in his favor, such "repetitive motions or petitions [to enter judgment] will not be considered and will be summarily denied." Order dated 12/11/2007, C.A. No. 07-684 (D.I. 11). As there are pending meritorious motions to dismiss in each of these matters, the Court has obviously not ruled in Mr. Coppedge's favor. Thus, respectfully, Mr. Coppedge's continued filings in the referenced cases should be disregarded by the Court and "summarily denied."

---

[1]   For some unknown reason, Mr. Coppedge filed my letter of March 18, 2008 with a stamp indicating that it was being "accepted for value" in the three cases. See C.A. No. 07-684 (D.I. 25), in C.A. No. 7-763 (D.I. 24), and in C.A. No. 07-846 (D.I. 14). It is unclear what Mr. Coppedge meant by that statement, and Defendants are unable to respond to it. To the extent that Mr. Coppedge may be asserting some sort of contractual relationship, Defendants expressly deny that such relationship exists between Mr. Coppedge and defendants, joint or severally.

P O Box 1266 • Wilmington, DE 19899-1266 • Phone (302) 421-6800 • Fax (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 • Wilmington, DE 19801-1611

BALTIMORE    CHESTERBROOK    HARRISBURG    NEWARK    PHILADELPHIA    PRINCETON    WASHINGTON

556613.2.6.12   5    A DELAWARE LIMITED LIABILITY PARTNERSHIP

DKT. NO. 18, 27, 2

DT. FILED 6/12/08

The Honorable Gregory M. Sleet
United States District Court
June 12, 2008
Page 2

As Mr. Coppedge has not discontinued his harassment of the City of Philadelphia (the "City"), its employees, and now its legal counsel, Defendants respectfully request that the Court impose sanctions against Mr. Coppedge, or, at the very least, discontinue receiving filings from him. Courts faced with similar frivolous lawsuits have found that sanctions and an injunction of filings are proper remedies to address the sort of abuse of process Mr. Coppedge has engaged in. See, e.g., United States v. Kettler, 934 F.2d 326 (10th Cir. 1991) (imposing restrictions on future filings without express permission); United States v. McKinley, 53 F.3d 1170 (10th Cir. 1995) (granting request for sanctions and imposing injunction against future filings without express permission); United States v. Barker, 182 F.R.D. 661 (S.D. Ga. 1998) (same); United States v. Barker, 19 F.Supp.2d 1380 (S.D. Ga. 1998) (enjoining future filings without express permission and enjoining party from filing commercial liens based on failure to respond to a document against federal employees); United States v. Andra, 923 F.Supp. 157 (D. Id. 1996) (same); Stoecklin v. United States, 1997 WL 1039238 (M.D. Fla. 1997) (imposing sanctions for continued filing of frivolous motions). True and correct copies of these opinions are attached alphabetically at Exhibit A.

The rationale upon which courts have imposed sanctions and enjoined future filings in similar situations is equally applicable here. This is especially so in light of Mr. Coppedge's recent targeting of Saul Ewing with yet another frivolous and improper lawsuit instead of waiting for the disposition of the pending motions in the referenced cases. See Coppedge v. Saul Ewing, C.A. No. 08-289. Mr. Coppedge's mercenary use of litigation as a tool to intimidate and harass the City, its employees, and now their legal counsel, for doing their jobs is exactly the sort of behavior courts around the country have refused to condone and consider sanctionable. Like those courts, this Court should not allow (and, thereby, further encourage) Mr. Coppedge's continued excessive, inappropriate actions and intentional waste of resources by both this Court and Defendants.

As always, counsel remains available at the Court's convenience if Your Honor has any questions.

Respectfully,

Michael R. Robinson
(Del. Bar No. 4452)

cc:    Mr. James Coppedge
       (Via First Class U.S. Mail)

559615 2 5  2 · ·

James Coleadge
3742 N. 18th St
Philadelphia, Pa 15140

US District Court of Delaware
To The Clerk of Court

Lock Box 18
844 King Street
Wilmington, DE 19801



**UNITED STATES POSTAL SERVICE ®**

**EXTREMELY URGENT** Please Rush to Addressee

www.usps.co

FOR PICKUP OR TRACKING CALL 1-8

**RETURN RECEIPT REQUESTED**

PRESS HARD, YOU ARE MAKING 3 COPIES.

RECIPIENT
The sender has requested notification upon delivery.
Immediately upon receipt, please telephone:
Name:
Tel

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE ®

Mailing Label
Post Office To Addressee

FROM: (PLEASE PRINT)   PHONE (
J. Coppedge
3742 N/18th
Philadelphia PA 19 140?

FOR PICKUP OR TRACKING
Visit WWW.USPS.com
Call 1-800-222-1811

TO: (PLEASE PRINT)   PHONE (
US District Court
Judge GMS
844 N. King St.
Wilmington DE 19801

ORIGIN (POSTAL SERVICE USE ONLY)

Postage $ 12.60
Return Receipt Fee
COD Fee $
Insurance Fee 22.0
Total Postage & Fees $ 18.00