IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES COPPEDGE ON BEHALF OF<br>COPPEDGE REAL ESTATE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>SAUL EWING ESQUIRE, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 08-289-GMS<br>)<br>)<br>)<br>) |

**ORDER**

At Wilmington this 8th day of July, 2008, having reviewed the complaint,

IT IS ORDERED that, on or before **August 7, 2008,** the plaintiff Coppedge Real Estate, LLC shall retain counsel, as a corporation or other artificial entity cannot represent itself. *See Rowland v. California Men's Colony*, 506 U.S. 194, 201-02 (1993); *James v. Daley and Lewis*, 406 F. Supp. 645, 648 (D. Del. 1976). According to Pennsylvania Department of State corporations records, Coppedge Real Estate, LLC is an active limited liability company. Additionally, James Coppedge, a non-lawyer may not appear on behalf of, or represent, Coppedge Real Estate, LLC. *See Van De Berg v. C.I.R.*, 175 Fed. Appx. 538, 541 (3d Cir. 2006). Failure of Coppedge Real Estate, LLC to comply with this order shall be considered a failure to prosecute and its claims shall be dismissed.

                                                                        CHIEF, UNITED STATES DISTRICT JUDGE

FILED

JUL - 8 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE