

Candice Toll Aaron
Phone: (302) 421-6875
Fax: (302) 421-5884
caaron@saul.com
www.saul.com

August 8, 2008

**VIA E-FILE & HAND DELIVERY**
The Honorable Gregory M. Sleet
United States District Court
844 North King Street
Wilmington, DE 19801

    Re:    *Coppedge v. Saul Ewing, et. al*, C.A. No. 08-289-GMS

Dear Chief Judge Sleet:

    I write on behalf of the defendants in the referenced action. On July 8, 2008, the Court entered an order in the above-referenced cases informing the plaintiff – Coppedge Real Estate LLC ("Coppedge") – that it was required to retain counsel to represent it in the action by August 7, 2008, and that if it did not, then the case would be dismissed. August 7 has come and gone, and no attorney has entered an appearance on behalf of Coppedge in this action. Thus, the defendants respectfully request that this action be dismissed with prejudice.

    As always, counsel remains available at the Court's convenience if Your Honor has any questions.

Respectfully,

Candice Toll Aaron
(Del. Bar No. 4465)

cc:    Mr. James Coppedge
       (Via First Class U.S. Mail)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 222 Delaware Avenue, Suite 1200 ♦ Wilmington, DE 19801-1611

BALTIMORE   CHESTERBROOK   HARRISBURG   NEWARK   PHILADELPHIA   PRINCETON   WASHINGTON   WILMINGTON
A DELAWARE LIMITED LIABILITY PARTNERSHIP