In the United States District Court District of Delaware

James Coppedge
Vs
Michael Robinson 08-289 *GMS*
Gerald Leatherman 07-763 *GMS*
Dave yurkie  07-846    *GMS*

Plea agreement

As followed the defendants will accept this guilty as charged plea agreement to avoid the
maximum penalty for violating title 18 mail fraud , interference with commerce
conspiracy and deprivation of rights under color of law sections 241,242,1341, 1951
,1952

Each defendant will pay the total sum to the victim James Coppedge  $100,000  for their
criminal actions committed January 2nd 2008 March 18th 2008 under  admiralty maritime
settlement case number 107-cv-00763 in accord with the original contracts the defendants
agreed previously

Each defendant will cooperate and agree with the terms of this plea agreement  without
question if the defendants should fail to cooperate with this plea agreement when they are
found guilty each will accept the maximum penalties under federal guide lines and still be
held civilly liable in the amount of $100,000 regardless of  what direction the victim
make decide under title 18 section 1964 section c



F I L E D

AUG 1 2 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

